IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OLUSESAN ADERIBIGBE, | § § § | |
| *Plaintiff,* | § § | |
| V. | § § | CIVIL ACTION NO. 4:11-CV-02177 |
| THE BRACHFELD LAW GROUP, PC | § § § | |
| *Defendant* | § § | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, OLUSESAN ADERIBIGBE by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

This 27th day of September, 2011.

ALEX SIMANOVSKY & ASSOCIATES, LLC

    */s/ Dave Lilley*
Dave Lilley, Esq.
TX Bar No. 24035064
Attorney for Plaintiff

Alex Simanovsky & Associates, LLC
1912 Loop 11
Wichita Falls, TX 76306
Phone:  1-866-865-3666, Ext. 1056
Fax:  877-570-5413

Corporate Office Address:
2300 Henderson Mill Road, Suite 300
Atlanta, GA 30345

Phone: (770) 414-1002, Ext. 1012
Fax: (770) 414-9891