IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OLUSESAN ADERIBIGBE, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-2177 |
| | § | |
| THE BRACHFELD LAW GROUP, PC, | § | |
|     Defendant. | § | |

## **CONDITIONAL DISMISSAL ORDER**

Pursuant to Plaintiff's Notice of Settlement [Doc. # 8], it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims if any party represents to the Court on or before **November 28, 2011,** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this 28th day of **September, 2011**.

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2011\2177DO.wpd   110928.0900